# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                                                           Case No:   6:13-cv-1610-Orl-31TBS

**CAROL S. HILL,**

      **Defendant.**

## ORDER

Upon consideration of the Answer (Doc. No. 6) filed by Defendant October 25, 2013, it is

**ORDERED** that the parties shall file a Case Management Report using the form located at the Court's website www.flmd.uscourt.gov under "Judicial Information" under Judge Presnell by February 5, 2014.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 22, 2014.

*/s/ Gregory A. Presnell*
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party